# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

SYRETTA MCGEE,

      Plaintiff,

      V.                          Case No.   4:20-00884-CV-RK

QUEST DIAGNOSTICS, et al.;

      Defendants.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

      This is case is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with this Court's orders.

**IT IS SO ORDERED.**

Dated: March 3, 2021        /s/ Paige Wymore-Wynn
                                        Clerk of the Court

Entered: March 3, 2021      /s/ LaTandra Wheeler
                                        Deputy Clerk